**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00310-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. YANIQUE NICHOLETTE MENDEZ,

     Defendant.

---

**MINUTE ORDER**[1]

---

On April 26, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 13, 2010**, commencing at 1:30 p.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

     Dated: April 26, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.